1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE GONCHAR,<br><br>        Plaintiff,<br><br>vs.<br><br>WENDY'S INTERNATIONAL LLC,<br>F/K/A WENDY'S<br>INTERNATIONAL, INC., a foreign<br>corporation, and DOES 1-20,<br>inclusive,<br><br>        Defendants. | CASE NO. 2:16-CV-00808-JAM-CKD<br><br>**ORDER RE JOINT STIPULATION<br>FOR DISMISSAL WITH<br>PREJUDICE PURSUANT TO FED.<br>R. CIV. P. 41(a)(1)(ii)**<br><br>Judge:        Hon. John A. Mendez |

[PROPOSED] ORDER RE. DISMISSAL WITH PREJUDICE

*LA 132714180v1*

1    The Court, having considered Plaintiff Natalie Gonchar ("Plaintiff") and

2  Defendant Wendy's International LLC, f/k/a Wendy's International, Inc. ("Defendant")

3  (collectively "the Parties") Joint Notice of Settlement and Stipulation for Dismissal with

4  Prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), hereby

5  ORDERS:

6        1.  the above-entitled action is hereby dismissed in its entirety and with

7            prejudice; and

8        2.  each party shall bear its own costs, including attorneys' fees, with no

9            admission of liability by any party.

10  Dated: 8/31/2016

11                                            /s/ John A. Mendez
                                              John A. Mendez
12                                            United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE. DISMISSAL WITH PREJUDICE